**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 85 MM 2014

                Respondent     :

            v.             :

PATRICK MICHAEL GRINNAN,    :

                Petitioner     :

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. See Pa.R.Crim.P. 122. Counsel is directed to file the already-prepared Petition for Allowance of Appeal within 48 hours of this order.